1  PAUL L. REIN, Esq., (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 594120)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:   510/832-4787

5  Attorneys for Plaintiff
   GUY JONES
6

7  CRIS C. VAUGHAN, Esq. (SBN 99568)
   Vaughan & Associates
8  6207 South Walnut Street, Suite 800
   Loomis, CA 95650
9  Telephone: 916/660-9401
   Facsimile: 916/660-9378
10

   Attorney for Defendants
11 ROSIE'S COUNTRY KITCHEN, LLC,
   (incorrectly sued herein as
12 ROSIE'S COUNTRY KITCHEN, LLP);
   HOSHIAR GREWAL, SANDEEP SINGH
13 and GURDIP KANDOLA dba
   ROSIE'S COUNTRY KITCHEN,
14 BABIR OJLA and MOHAN GIL

15               UNITED STATES DISTRICT COURT
16             EASTERN DISTRICT OF CALIFORNIA
17

18 GUY JONES,                      CASE NO.  2:09-CV-00913 WBS/KJM

19      Plaintiff,                 Civil Rights

20 v.
                                   JOINT STIPULATION AND
21                                 [PROPOSED] ORDER TO EXTEND
   ROSIE'S COUNTRY KITCHEN, LLP;   EXPERT DISCLOSURE AND
22 HOSHIAR GREWAL, SANDEEP         DISCOVERY DEADLINES AND
   SINGH, and GURDIP KANDOLA dba   REQUESTING EARLY
23 ROSIE'S COUNTRY KITCHEN;        SETTLEMENT CONFERENCE
   BABIR OJLA; MOHAN GILL; and
24 DOES 1-10, Inclusive,

25      Defendants.
   _____/
26

27      Plaintiff GUY JONES and Defendants  ROSIE'S COUNTRY

28 KITCHEN, LLC (incorrectly sued as ROSIE'S COUNTRY KITCHEN, LLP);

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND PRETRIAL DATES

CASE NO.  2:09-CV-00913 WBS/KJM          - 1 -G:\DOCS\SHU\DSHU2\inBOX\Signed\09cv913 Jones - Stip to Extend Deadlines.wpd

HOSHIAR GREWAL, SANDEEP SINGH, and GURDIP KANDOLA dba ROSIE'S COUNTRY KITCHEN; BABIR OJLA; and MOHAN GILL, by and through their respective counsel, hereby request that the Court extend the current expert disclosure deadline, October 19, 2009, and discovery deadline, December 7, 2009, for 60 days.  This request, if granted, would move the expert disclosure deadline to December 18, 2009, and move the date to complete discovery to February 5, 2010; it would also effectuate a continuance of all other pretrial dates. The parties further request an early settlement conference be set so that the parties can attempt to reach an early settlement of the case in full, minimizing attorneys fees and costs.

Good cause exists for the extension and request for settlement conference:

1.   On August 5, 2009, Judge Shubb issued a Pretrial Scheduling Order stating the parties had agreed to conduct a joint site inspection of the premises by September 30, 2009, and requiring the parties to disclose their experts by October 19, 2009, and to complete discovery by December 7, 2009. The Order further stated all modifications to the scheduling order, except for changes to the trial date, shall be assigned by the Magistrate Judge.

2.   Although the parties are working cooperatively to move the case toward early settlement, due to conflicting schedules of the parties, counsel, and experts, the parties were not able to schedule a joint inspection until October 20, 2009.

3.   As the Order currently stands, the joint site inspection would take place the day after the expert disclosure deadline.  The discovery cut-off would fall a little more than a month later.

4.   The parties therefore request a 60 day continuance of the expert disclosure and discovery deadlines, so that the parties can prepare their expert reports after the joint inspection and work toward

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND PRETRIAL DATES

CASE NO.  2:09-CV-00913 WBS/KJM                    -2-    G:\DOCS\SHU\DSHU2\inBOX\Signed\09cv913 Jones - Stip to Extend Deadlines.wpd

1    cooperative settlement of the case.

2    5.    The parties also request the Court set a Settlement Conference date

3    thirty days after the October 20th joint inspection, or at the Court's

4    earliest convenience.

5

6

7                              Respectfully submitted,

8

9    Dated: September 25 2009          LAW OFFICES OF PAUL L. REIN

10

                                       /s/
11                                     By CELIA McGUINNESS
                                       Attorneys for Plaintiff
12                                     GUY JONES

13

14   Dated: September 25, 2009         VAUGHAN & ASSOCIATES

15

                                       /s/
16                                     By CRIS C. VAUGHAN
                                       Attorneys for Defendants
17                                     ROSIE'S COUNTRY KITCHEN, LLP;
                                       HOSHIAR GREWAL, SANDEEP SINGH,
18                                     and GURDIP KANDOLA dba ROSIE'S
                                       COUNTRY KITCHEN; BABIR OJLA;
19                                     MOHAN GILL

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND PRETRIAL DATES

CASE NO.  2:09-CV-00913 WBS/KJM                                                      -3-   G:\DOCS\SHU\DSHU2\inBOX\Signed\09cv913 Jones - Stip to Extend Deadlines.wpd

ORDER

Good cause having been shown, the parties' stipulation and request that the Court extend the set expert disclosure deadline from October 19, 2009,  to December 18, 2009,  and discovery deadline from December 7, 2009, to February 5, 2010, is hereby GRANTED.   Dispositive Motions are due to be filed by March 8, 2010; the Pretrial Conference is continued to May 17, 2010 at 2:00 p.m.; and the Jury Trial is continued to July 13, 2010 at 9:00 a.m.

A Settlement Conference is hereby set before Magistrate Judge Kimberly J. Mueller on November 5, 2009 at 10:30 AM in Courtroom 26 (KJM), 8th Floor. Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference. Each party is directed to submit to the chambers of Judge Mueller a confidential settlement conference statement no later than 10/29/2009. Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement statements. However, each party shall e-file a one page document entitled "Notice of Submission of Confidential Settlement Conference Statement." If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge.     In addition, the parties shall submit a written waiver for any claim of disqualification as to Magistrate Judge Mueller, pursuant to Local Rule        16-270(b), no later than October 5, 2009.


IT IS SO ORDERED.

Dated:   October 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND PRETRIAL DATES

CASE NO.  2:09-CV-00913 WBS/KJM          -4-   G:\DOCS\SHU\DSHU2\inBOX\Signed\09cv913 Jones - Stip to Extend Deadlines.wpd